THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 Ronald Jarmuth, Appellant,
 
 
 
 
 

v.

 
 
 
 The International
 Club Homeowners Association, Inc., Rosemary Toth, Henrietta Golding, and K.A.
 Diehl & Associates, Respondents.
 
 
 
 

Appeal From Horry County
 Benjamin H. Culbertson, Circuit Court
Judge

Unpublished Opinion No. 2011-UP-233
Submitted May 1, 2011  Filed May 19, 2011 

AFFIRMED

 
 
 
 Ronald Jarmuth, pro se, of Murrells Inlet,
 for Appellant.
 Robert E. Stepp, of Columbia and Henrietta
 U. Golding of Myrtle Beach, for Respondents.
 
 
 

PER CURIAM:  Ronald
 Jarmuth appeals a trial court's dismissal of his action against Henrietta
 Golding arising out of her representation of Rosemary Toth and The
 International Club Homeowners Association, Inc. (the Association) for failure
 to state a claim under Rule 12(b)(6), SCRCP.  Specifically, he contends the
 trial court erred in holding Golding's conduct fell within attorney immunity.  He
 also maintains the trial court erred in considering matters not properly
 introduced by the parties.  Among those matters were portions of legal
 authorities not specifically raised during the dismissal hearing, allegations
 that Golding owed an independent duty to Jarmuth, and the motion to dismiss and
 a memorandum in support of that motion.  Even if those matters were properly
 before the trial court, Jarmuth asserts they transformed the dismissal hearing
 into a summary judgment hearing.  Lastly, he argues the trial court erred in issuing
 an order that dismissed his actions against Toth, the Association, and K.A.
 Diehl & Associates (Diehl).  We affirm[1] pursuant to Rule 220(b)(2), SCACR ("The Court of Appeals need not address
 a point which is manifestly without merit."). 
AFFIRMED.
FEW, C.J., PIEPER and
 LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.